Form G6 (20210922_apo)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Suzlon Wind Energy Corp.<br><br>Debtor(s)<br>Ariane Holtschlag, not individually, but as trustee for the estate of Suzlon Wind Energy Corp.<br><br>Plaintiff(s)<br>Suzlon Project VIII, LLC, and JPMorgan Chase Bank, N.A.<br><br>Defendant(s) | ) BK No.:  21-07923<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable Jacqueline Cox<br>) SELECT IF OUTLYING AREA<br>) Adv. No.: 22-00209<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

This matter, coming to be heard on the Plaintiff's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Motion is GRANTED, and:

1. This Court finds that the Trustee has an immediate need to protect and preserve the bankruptcy estate's interest in funds on hand in the JPMorgan Chase Bank, N.A. account in the name of Suzlon Project VIII, LLC, with account number ending in x3372 (the "Account").

2. This Court finds that the Plaintiff has demonstrated a likelihood of success on her adversary complaint, based upon her counsel's representation in presenting the Motion, and the pleadings submitted, indicating that $146,760.33 in the Account is property of her bankruptcy estate.

3. This Court finds that the Plaintiff has demonstrated that she would suffer a likelihood of irreparable injury, absent preliminary injunction, based upon her counsel's representation in presenting the Motion, and the pleadings submitted, that JPMorgan Chase Bank, N.A. would be obliged to honor the direction of an authorized party to issue funds in the Account.

4. This Court finds that the Plaintiff has demonstrated that the equities are in her favor, and, that no harm would be done the public by this Court's issuing a preliminary injunction, based upon her counsel's representation in presenting the Motion, and the pleadings submitted, that JPMorgan Chase Bank, N.A., has confirmed that it received payment into the Account, that JPMorgan Chase Bank, N.A. has agreed to the relief requested, that $146,760.33 in the Account is property of her bankruptcy estate, that Suzlon Project VIII, LLC is dissolved and that the Debtor was its only member prior to its dissolution, and that no party would suffer harm by the Court's issuing a preliminary injunction.

5. JPMorgan Chase Bank, N.A., shall hold and restrain no less than $146,760.33 from the Account, and the balance in the Account shall not be reduced beneath that amount.

6. Subject to the the foregoing, JPMorgan Chase Bank, N.A., may assess its fees and charges in the

Form G6 (20210922_apo)

ordinary course to the Account.

7. Status on this order is continued to February 7, 2023, at 1:00 p.m.

8. The Court finds that Enterprise Fleet Management Trust sent a $146,760.33 check to Suzlon Project VIII, LLC when it should have been sent to the Debtor Suzlon Wind Energy Corp.

9. The Trustee is ordered to serve this order on Enterprise Fleet Management Trust within 7 days.

Dated: January 3, 2023        Enter:        *Jacqueline P. Cox*
                                            United States Bankruptcy Judge

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602